IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARSHALL COLE                                                                                          PETITIONER
ADC #113554

V.                                            2:08CV00056-WRW

LARRY NORRIS, Director,                                                                           RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There has been no objections.  The Findings and Recommendations are adopted in their entirety as the Court's findings.

According, judgment shall be entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus and dismissing this case in its entirety with prejudice.

IT IS SO ORDERED this 17th day of November, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE