IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARSHALL COLE                                                                              PETITIONER
ADC #113554

V.                                            2:08CV00056 WRW

LARRY NORRIS, Director,                                                                RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus and dismissing this case in its entirety with prejudice.

IT IS SO ORDERED this 17th day of November, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE